UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC 15  PM 2: 01

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:22-cr-94 -2-3 |
| ) | |
| FREDRICK CAMPBELL II, aka "Momo," and ) | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ) | |
| Defendants. ) | |

### SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

#### Count One

Between in or about June 2022 to on or about August 4, 2022, in the District of Vermont and elsewhere, the defendants FREDRICK CAMPBELL II, aka "Momo," and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(C))

1

Count Two

On or about August 4, 2022, in the District of Vermont, the defendants FREDRICK CAMPBELL II, aka "Momo," and ▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally possessed with the intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

**REDACTED**

FOREPERSON

_NIKOLAS P. KEREST (JAO/EAPC)_ by CAPC
NIKOLAS P. KEREST (JAO/EAPC)
United States Attorney
Burlington, Vermont
December 15, 2022